NUMBER 13-05-662-CR

 

                         COURT OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

 

                                      IN
RE: CHARLEY N. WHITE

 

                                  On
Petition for Writ of Mandamus

 

 

                               MEMORANDUM
OPINION

 

           Before
Chief Justice Valdez and Justices Castillo and Garza 

                                 Memorandum
Opinion Per Curiam     

 

On October 26, 2005, relator filed a petition for
writ of mandamus in this Court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator seeks a writ of mandamus against the
district clerk of Nueces County requiring the district clerk Ato serve on him . . . [certain] documents and any
answers and orders given by the trial court . . . .@








We have no authority to issue a writ of mandamus
against a district clerk unless such is necessary to enforce our
jurisdiction.  See In re Coronado,
980 S.W.2d 691, 692 (Tex. App.CSan Antonio 1998, orig. proceeding).  Relator has not established that he is
entitled to mandamus relief. 
Specifically, relator has not established how, if at all, the district
clerk=s failure to fulfill his requests deprives this
Court of jurisdiction.  Accordingly, we
deny relator=s petition for writ of mandamus.                                                                                    

 

PER CURIAM

 

Do not publish.

Tex.R.App.P.47.2(b)

Memorandum Opinion delivered and

filed this the 4th day of November, 2005.